# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*9:52 am, 10/2/24*

**Margaret Botkins**
**Clerk of Court**

ROBERT CHEN

Plaintiff,

vs.

Case Number: 24-CV-198-ABJ

DAVID CHEN

Defendant.

## ORDER OF RECUSAL

Due to a conflict of interest the Honorable Scott P. Klosterman, United States Magistrate Judge, has recused himself from the above-entitled action. All non-dispositive matters will be heard by the Honorable Stephanie A. Hambrick, United States Magistrate Judge .

Dated this 2nd day of October, 2024.

Scott P. Klosterman
United States Magistrate Judge