## AFFIDAVIT OF SERVICE

| Case: 24-cv-00198 | Court: United States District Court for the DIstrict of Wyoming | County: | Job: 11911515 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Robert Chen | | **Defendant / Respondent:** David Chen | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** Williams, Porter, Day & Neville | |
| **To be served upon:** David Chen | | | |

I, Scott Kucik, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   David Chen, 13717 Travilah Road, Potomac, MD  20850

**Manner of Service:**

**Documents:**   SUMMONS, COMPLAINT FOR DAMAGES AND JURY DEMAND, STIPULATION OF CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE ENTRY OF FINAL JUDGMENT BY UNITED STATES MAGISTRATE AND CONSENT TO APPEAL TO UNITED STATES COURT OF APPEALS

**Additional Comments:**
On October 21, 2024 at 1:26 PM, I served the Defendant, David Chen, the referenced documents at the referenced address via service upon the Defendant's Mother, Lifen Yao, who stated the referenced address, 13717 Travilah Road, Potomac, MD 20850, is the Defendant's legal address. Lifen Yao is of suitable age and discretion to accept service on behalf of the Defendant.

Lifen Yao is an Asian Female with dark hair.  Ms. Yao is approximately 5'5", 125 pounds, and in her 60's.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   10/23/2024
Scott Kucik                                               Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015
202-686-5000