## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:24-CV-00198- |
| | ) ABJ |
| DAVID CHEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER GRANTING MOTION TO STAY ANSWER DEADLINE

This matter comes before the Court on Defendant's Motion to Stay Answer Deadline. Having considered the Motion and being otherwise advised in the premises, the Court hereby **GRANTS** the Motion to Stay pending the Court's decision on Defendant's Motion to Transfer.

DATED this _____ day of _____, 2024.

_____
District Court Judge