Holly L. Tysse
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
Tel: 307.265.2279
htysse@crowleyfleck.com

*Attorneys for Defendant David Chen*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT CHEN and OTTERSEC, LLC,<br><br>       Plaintiff,<br>   v.<br><br>DAVID CHEN,<br><br>       Defendant. | Case No. 2:24-cv-00198-ABJ |

## ENTRY OF APPEARANCE

COMES NOW, Holly L. Tysse, of the law firm of Crowley Fleck PLLP, and hereby enters her appearance as counsel for the Defendant, David Chen, in the above captioned matter.

Dated: November 25, 2024

                                                              Respectfully submitted,

                                                              CROWLEY FLECK PLLP

                                                              By: _/s/Holly L. Tysse_____
Timothy M. Stubson
Holly L. Tysse
111 West 2nd Street, Suite 220
Casper, WY 82601
Tel: 307.265.2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
*Attorneys for Defendant David Chen*