Amy M. Iberlin, WSB No. 7-5322
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott St., Suite 400 (82601)
P.O. Box 10700
Casper, WY 82602
Phone: (307) 265-0700
Fax:    (307) 266-2306
aiberlin@wpdn.net

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROBERT CHEN and OTTERSEC LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-00198-ABJ |
| | ) | |
| DAVID CHEN | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN P. CRENNY

**COMES NOW** Plaintiffs Robert Chen and OtterSec LLC (hereinafter "Plaintiffs"), by and through their attorney, Amy M. Iberlin, and pursuant to U.S.D.C.LR. 84.2(b), move the Court to admit Kevin P. Crenny, Esq., as attorney for Plaintiffs, *pro hac vice;* in support hereof, Amy M. Iberlin, local counsel, states as follows:

l.    Attorney Moving for Admission *pro hac vice*:

    Kevin P. Crenny
    LEVY FIRESTONE MUSE LLP
    900 17th Street NW, Suite 1200
    Washington, DC 20006
    kcrenny@levyfirestone.com
    Telephone: (202) 845-3215

2.    I, Amy M. Iberlin, state and represent to the Court as follows:

    a.    I am a member in good standing of the Bar of the State of Wyoming.

    b.    I am a member in good standing of the Bar of this Court.

    c.    I vouch to the best of my knowledge and belief that applicant Kevin P.

Crenny is of good moral character and veracity.

    d.    I am fully prepared to represent the Plaintiffs at any time, in any capacity.

    e.    I have reviewed the Local Rules for the United States District Court for the District of Wyoming, and understand my duties and responsibilities as local counsel, and will adhere to the same.

3.    Submitted herewith is the Declaration of applicant Kevin P. Crenny as required by U.S.D.C.L.R. 84.2(b).

**WHEREFORE,** Plaintiffs move the Court to admit their attorney, Kevin P. Crenny, to practice in the United States District Court for the District of Wyoming, *pro hac vice.*

**DATED** this 2nd day of December 2024.

    /s/ Amy M. Iberlin
Amy M. Iberlin, WSB No. 7-5322
WILLIAMS, PORTER, DAY & NEVILLE P.C.
P.O. Box 10700
Casper, WY 82602
Phone: (307) 265-0700
Fax:   (307) 266-2306
aiberlin@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served on the 2nd day of December 2024, to the following:

| | |
|---|---|
| Timothy M. Stubson, WSB #6-3144<br>CROWLEY FLECK PLLP<br>111 West 2nd St. Suite 220<br>Casper, WY 82601<br>(307) 265-2279<br>tstubson@crowleyfleck.com | ☒ CM/ECF<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ E-mail<br>☐ Overnight Delivery<br>☐ Hand Delivery |

    /s/ Amy M. Iberlin
Amy M. Iberlin