UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT CHEN and OTTERSEC LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID CHEN<br><br>    Defendant. | Case No. 2:24-cv-00198-ABJ |

### DECLARATION OF KEVIN P. CRENNY

I, Kevin P. Crenny, declare as follows:

1. I practice law with the firm LEVY FIRESTONE MUSE LLP, which is located at 900 17th Street NW, Suite 1200, Washington, DC 20006. My office telephone number is (202) 845-3215 and my email address is kcrenny@levyfirestone.com.

2. I was admitted to practice law in the following states, courts, and/or jurisdictions on the following dates: Michigan State Bar (11/11/2019); District of Columbia Bar (7/12/2021); U.S. District Court for the District of Columbia (10/4/2021); U.S. District Court for the District of Maryland (6/28/2024); and the U.S. Court of Appeals for the Eleventh Circuit (7/17/2023).

3. I have never been subject to any disciplinary proceedings or public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel is required to be fully prepared to represent the clients at any time, in any capacity.

6. I acknowledge that I submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2024

                                                                                         Kevin P. Crenny