

**FILED**

**Margaret Botkins**
**Clerk of Court**

11:33 am, 12/4/24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Robert Chen, OtterSec LLC

Plaintiffs,

vs.

David Chen

Defendant.

Case Number: 2:24-CV-00198-ABJ

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Dec 4, 2024     Time: 10:56am - 11:32am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jared Solomon |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Kevin Crenny, Amy Iberlin

Attorney(s) for Defendant(s)    Timothy Stubson

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 8 | Motion to Transfer to USDC-Maryland | Under Advisement |

☐ Briefs to be filed on or before           by
                                            by

☑ Order to be prepared by ☑ Court   ☐ Attorney

Other:
Hearing held by Zoom video conference.
The Court heard from Mr. Stubson and Mr. Crenny.
The Court takes the motion under advisement.

WY15                                      Rev. 11/22/2024